IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSE WAYNE SKIPPER, II, #274558,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.                                              ) | CASE NO.  2:12-cv-949-TMH |
| ) | [wo] |
| LOUIS BOYD, *et al.*,                    ) | |
| ) | |
| Defendants.                             ) | |

**OPINION and ORDER**

On December 17, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 11).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED.  The Plaintiff's claims against Defendants Boyd and Billups are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i)(ii).  Defendants Boyd and Billups are DISMISSED as parties to this cause of action, and the Plaintiff's claims against the remaining defendants are referred back to the Magistrate Judge for additional proceedings.

DONE this the 6th day of February, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE